## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

_____

| | |
|---|---|
| Keun-An Liu, | : |
| | : |
| | : Civil Action No.: 1:13-cv-00878 |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Fulton, Friedman & Gullace, LLP, | : |
| | : |
| | : |
| Defendant. | : |

_____ :

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed in its entirety with prejudice and without costs to any party. The Court shall

retain jurisdiction for the sole purpose of determining whether the settlement should be enforced

upon motion of any party.

| | |
|---|---|
| Keun-An Liu | Fulton, Friedman & Gullace, LLP |
| | |
| ____/s/ Sergei Lemberg_____ | __/s/ Robbie Malone_____ |
| | |
| Sergei Lemberg, *Attorney-in-Charge* | Robbie Malone, Esq. |
| Connecticut Bar No. 425027 | Texas Bar No. 12876450 |
| Lemberg Law, LLC | Robbie Malone, PLLC |
| 1100 Summer Street, 3rd Floor | 8750 N. Central Expy., Suite 1850 |
| Stamford, CT 06905 | Dallas, TX 75231 |
| Telephone: (203) 653-2250 | Telephone: (214) 346-2625 |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   /s/Sergei Lemberg  
Sergei Lemberg