IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KUEN-AN LIU,
        Plaintiff,

-vs-

FULTON, FRIEDMAN &AMP;
GULLACE, LLP,
        Defendant.

CAUSE NO.:
A-13-CA-00878-SS

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#34] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Stipulation of Dismissal [#34] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

    IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

    IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 22nd day of September 2015.

                              Sam Sparks
                        UNITED STATES DISTRICT JUDGE

FILED
2015 SEP 23 AM 11: 10
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY